UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERESA LINK,

    Plaintiff,

v.

RECOVERY SOLUTIONS
GROUP, L.L.C.,

    Defendant.
_____/

Case No. 17-cv-10844

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF NO. 10)

On September 5, 2017, Plaintiff filed a Motion to Enter Default Judgment and to Prove Damages. (ECF No. 10.) Plaintiff's motion for a default judgment is procedurally improper because Plaintiff failed to first obtain a Clerk's Entry of Default pursuant to Fed. R. Civ. P. 55(a), which is a prerequisite to filing a motion for default judgment under Fed. R. Civ. P. 55(b). *See, e.g. Devlin v. Kalm*, 493 F. App'x 678, 685-86 (6th Cir. 2012) (stating that it was "procedurally improper for Plaintiff to move for entry of default judgment without first obtaining an entry of default from the clerk" and noting that there must be a clerk's entry of default as provided in Rule 55(a) prior to obtaining a default judgment under either Rule 55(b)(1) or Rule

1

55(b)(2)).

Accordingly, the Court DENIES WITHOUT PREJUDICE Plaintiff's Motion for Default Judgment.

IT IS SO ORDERED.

                                                 s/Paul D. Borman
                                                 Paul D. Borman
                                                 United States District Judge

Dated: September 19, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 19, 2017.

                                                 s/Deborah Tofil
                                                 Case Manager