UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERESA LINK,

      Plaintiff,                      Case No. 17-cv-10844

v.                                       Paul D. Borman
                                         United States District Judge

RECOVERY SOLUTIONS
GROUP, L.L.C.,

      Defendant.
_____/

## JUDGMENT

For the reasons stated in an Opinion and Order entered this day, it is ORDERED AND ADJUDGED that Plaintiff's Renewed Motion for Default Judgment is GRANTED and Judgment is entered in favor of Plaintiff and against Defendant in the amount of $27,057.00, and this action is DISMISSED.

                                         s/Paul D. Borman
                                         Paul D. Borman
                                         United States District Judge

Dated: April 27, 2018